**Order entered July 26, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00799-CV

## IN RE KAJIN SHAMDEEN, Relator

**Original Proceeding from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-02757-2019**

## ORDER

Before the Court is real party in interest's July 22, 2021 motion for a 14-day extension of time in which to file his response to the petition for writ of mandamus. The motion is **GRANTED**, and the response for all real parties and respondent shall be filed by **August 5, 2021**.

/s/    AMANDA L. REICHEK
JUSTICE